

# Fourth Court of Appeals
## San Antonio, Texas

July 18, 2014

No. 04-14-00381-CV

**CITY OF DEL RIO,**
Appellant

v.

Daniel **JALOMOS**,
Appellee

From the 83rd Judicial District Court, Val Verde County, Texas
Trial Court No. 31037
Robert Cadena, Judge Presiding

# O R D E R

    The Appellee's Opposed Motion for an Extension of Time to File Brief is GRANTED IN PART. The appellee's brief is due on August 11, 2014.

_____
Rebeca C. Martinez, Justice

    IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 18th day of July, 2014.

_____
Keith E. Hottle
Clerk of Court